**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
*Northern Division*

| | |
|---|---|
| DEBRA J. BRENT | * |
| Plaintiff, | * |
| v. | *  **Civil No.: JKB-22-1349** |
| CITY OF CUMBERLAND POLICE DEPARTMENT, *et al.* | * |
| | * |
| Defendants. | |
| | * |

**NOTICE OF APPEARANCE**

Please enter the appearance of Jason L. Levine on behalf of the City of Cumberland Police Department, and Officers Cramer, Roberts and Bennett, some of the Defendants.

Respectfully submitted,

_____/s/_____
JASON L. LEVINE (#16631)
7225 Parkway Drive
Hanover, Maryland 21076
443/561-1708
jlevine@lgit.org

Counsel for the City of Cumberland Police Dept., and Officers Cramer, Roberts and Bennett.

1

## **CERTIFICATE OF SERVICE**

  I certify that on August 11, 2022, the foregoing paper was filed and served via the Court's CM/ECF system and also sent via first-class mail to: Debra J. Brent, 912 Yale St., Cumberland, MD 21502.

              _____/s/_____
              JASON L. LEVINE (#16631)