**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Debra J. Brent | JKB-22-1349 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Duncan Cramer | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
John Chuck Ternent, Chief of Police
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
20 Bedford St., Cumberland, MD 21502

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Debra J. Brent
912 Yale St.,
Cumberland, MD 21502

Number of process to be served with this Form 285: 5
Number of parties to be served in this case: 5
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: 240-920-4693
DATE: 07/13/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 8
District of Origin No. 037
District to Serve No. 037
Signature of Authorized USMS Deputy or Clerk
Date: 7/20/22

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 8/1/22
Time: [ ] am [ ] pm

Address (complete only if different than shown above)

Signature of U.S. Marshal or Deputy

$8.00

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
Service Accepted
Green Card returned 8/10/22

Form USM-285
Rev. 03/21

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Chuck Tennent
Chief of Police
11 Bed ford St
Cumberland, MD 21502

2. Article Number
(Transfer from service label)

7022 0410 0000 0613 4741

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☒ Addressee

B. Received by (Printed Name): Chuck Tennent
C. Date of Delivery: 8/11/22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes



# PROCESS RECEIPT AND RETURN
U.S. Department of Justice
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Debra J. Brent | JKB-22-1349 |
| DEFENDANT | TYPE OF PROCESS |
| City of Cumberland Police Department | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
John Chuck Ternent, Chief of Police
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
20 Bedford St., Cumberland, MD 21502

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Debra J. Brent
912 Yale St.,
Cumberland, MD 21502

Number of process to be served with this Form 285: **5**
Number of parties to be served in this case: **5**
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
*Debra J. Brent*
TELEPHONE NUMBER: 240-920-4693
DATE: 07/13/2022

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1/8
District of Origin No. 037
District to Serve No. 037
Signature of Authorized USMS Deputy or Clerk
Date: 7/20/22

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Date: 8/1/22   Time: [ ] am [ ] pm

Address *(complete only different than shown above)*
$8.00

Signature of U.S. Marshal or Deputy
*CB*

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

Service Accepted
Green Card Returned 8/9/22.

Form USM-285
Rev. 03/21

Case 1:22-cv-01349-JKB   Document 9   Filed 08/11/22   Page 4 of 16

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Chuck Ternent,
Chief of Police
20 Bedford St.
Cumberland, MD
21502

2. Article Number
   (Transfer from service label)

7022 0410 0000 0613 4673

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_
   ☐ Agent
   ☒ Addressee

B. Received by (Printed Name)
   _[illegible]_

C. Date of Delivery
   8/1/22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Debra J. Brent | JKB-22-1349 |
| DEFENDANT | TYPE OF PROCESS |
| Allegany County Emergency Services | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
James Pyles, Director
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
11400 PPG Road SE, Cumberland, MD, 21502

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Debra J. Brent
912 Yale St.,
Cumberland, MD 21502

Number of process to be served with this Form 285: 5
Number of parties to be served in this case: 5
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 240-920-4693
DATE: 07/13/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 2/5
District of Origin No. 037
District to Serve No. 037
Signature of Authorized USMS Deputy or Clerk
Date: 7/20/22

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 8/2/22
Time: [ ] am [ ] pm

Address (complete only different than shown above):
$8.00

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

Service Accepted
Green Card returned 8/9/22



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Pyles Director,
11400 PPG Road SE
Cumberland MD 21502

COMPLETE THIS SECTION ON DELIVERY

A. Signature
☐ Agent
☒ Addressee

B. Received by ( Printed Name )

C. Date of Delivery
8/2/22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

James R. Pyles

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label): 7022 0410 0000 0613 4680

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Case 1:22-cv-01349-JKB Document 9 Filed 08/11/22 Page 6 of 16

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Debra J. Brent | JKB-22-1349 |
| DEFENDANT | TYPE OF PROCESS |
| Joshua Roberts | Summons and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
John Chuck Ternent, Chief of Police
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
20 Bedford St., Cumberland, MD 21502

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Debra J. Brent
912 Yale St.,
Cumberland, MD 21502

| | |
|---|---|
| Number of process to be served with this Form 285 | 5 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT

*Debra J. Brent*

TELEPHONE NUMBER: 240-920-4693
DATE: 07/13/2022

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 4/8
District of Origin No.: 037
District to Serve No.: 037
Signature of Authorized USMS Deputy or Clerk: *CBMP*
Date: 7/20/22

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

Date: 8/1/22   Time: [ ] am [ ] pm

Address (complete only if different than shown above):

$8.00

Signature of U.S. Marshal or Deputy: *CB*

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

Service Accepted
Green card returned 8/9/22

Form USM-285
Rev. 03/21

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name) _Chuck Ternent_  C. Date of Delivery _8/1/22_ |
| 1. Article Addressed to:<br><br>John Chuck Ternent<br>Chief of Police<br>20 Bedford St<br>Cumberland MD 21502 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☒ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number<br>(Transfer from service label) | 7022 0410 0000 0613 4703 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Debra J. Brent | JKB-22-1349 |
| DEFENDANT | TYPE OF PROCESS |
| Joshua Roberts | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Joshua Roberts
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
20 Bedford St., Cumberland, MD 21502

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Debra J. Brent
912 Yale St.,
Cumberland, MD 21502

Number of process to be served with this Form 285: 5
Number of parties to be served in this case: 5
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 240-920-4693
DATE: 07/13/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 5/8
District of Origin No. 037
District to Serve No. 037
Signature of Authorized USMS Deputy or Clerk
Date: 7/20/22

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 8/1/22
Time: [ ] am [ ] pm

Address (complete only different than shown above)
$8.00

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

Service Accepted
Green card returned 8/9/22

Form USM-285
Rev. 03/21

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_[illegible]_   8/1/22<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☒ No |
| 1. Article Addressed to:<br><br>Joshva Roberts<br>20 Bedford St.<br>Cumberland MD 21502 | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number<br>(Transfer from service label) | 7022 0410 0000 0613 4697 |

PS Form 3811, February 2004         Domestic Return Receipt         102595-02-M-1540

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Debra J. Brent | JKB-22-1349 |
| DEFENDANT | TYPE OF PROCESS |
| Andrea Bennett | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Andrea Bennett
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
20 Bedford St., Cumberland, MD 21502

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Debra J. Brent
912 Yale St.,
Cumberland, MD 21502

| | |
|---|---|
| Number of process to be served with this Form 285 | 5 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 240-920-4693
DATE: 07/13/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 5/8
District of Origin No. 032
District to Serve No. 032
Signature of Authorized USMS Deputy or Clerk
Date: 7/20/22

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 8/1/22   Time: [ ] am [ ] pm

Address (complete only different than shown above)
$8.00

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

Service Accepted
Green card returned 8/9/22

Form USM-285
Rev. 03/21

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _[signature]_  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name) Andrea Bennett  C. Date of Delivery 3-1-22 |
| 1. Article Addressed to:<br><br>Andrea Bennett<br>20 Bedford St.<br>Cumberland MD 21502 | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☒ No |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☒ Yes |
| 2. Article Number (Transfer from service label) | 7022 1040 0001 0613 4710 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Debra J. Brent | JKB-22-1349 |
| DEFENDANT | TYPE OF PROCESS |
| Andrea Bennett | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
John Chuck Ternent
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
20 Bedford St., Cumberland, MD 21502

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Debra J. Brent
912 Yale St.,
Cumberland, MD 21502

| | |
|---|---|
| Number of process to be served with this Form 285 | 5 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 240-920-4693
DATE: 07/13/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 037 | District to Serve No. 037 | Signature of Authorized USMS Deputy or Clerk | Date 7/20/22 |
|---|---|---|---|---|---|
| | 6/8 | | | | |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)
Date: 8/1/22  Time: [ ] am [ ] pm

Address (*complete only if different than shown above*)
8:00

Signature of U.S. Marshal or Deputy
CB

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**

Service Accepted
Green card returned 8/9/22

Form USM-285
Rev. 03/21

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Chuck Ternent
20 Bedford St.
Cumberland MD 21502

2. Article Number
(Transfer from service label)

7022 0410 0000 0613 4727

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☑ Addressee

B. Received by (Printed Name)

C. Date of Delivery
8/1/22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☑ Yes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| | |
|---|---|
| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Debra J. Brent | JKB-22-1349 |
| DEFENDANT | TYPE OF PROCESS |
| Duncan Cramer | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Duncan Cramer
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
20 Bedford St., Cumberland, MD 21502

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Debra J. Brent<br>912 Yale St.,<br>Cumberland, MD 21502 | Number of process to be served with this Form 285: 5<br>Number of parties to be served in this case: 5<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
*Debra J. Brent*
TELEPHONE NUMBER: 240-920-4693
DATE: 07/13/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 7/8 | 037 | 037 | CBrip | 7/20/22 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | [ ] am [ ] pm |
|---|---|---|---|
| | 8/2/22 | | |

Address (complete only if different than shown above)

$ 8.01

Signature of U.S. Marshal or Deputy
CB

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

Service Accepted
Green card returned 8/9/22

Form USM-285
Rev. 03/21

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Duncan_ ☐ Agent ☒ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>_Duncan_   8/2 |
| 1. Article Addressed to:<br><br>Duncan Cramer<br>20 Bedford St<br>Cumberland MD<br>21502 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☒ Yes |
| 2. Article Number<br>(Transfer from service label) | 7022 0410 0000 0613 4734 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540